McFARLAND v. SHARKEY et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Mary McFarland against John T. Sharkey, as executor,

and others. No opinion. Motion to dismiss appeal denied, with leave to renew, unless appellants serve case within 30 days from entry of order. Order filed.